IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Phillips, Ondria D

Printed: 8/19/08

Case Number: 08 B 00010
Judge: Wedoff, Eugene R
Filed: 1/2/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: June 19, 2008
Confirmed: April 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,067.00 |  |
| Secured: |  | 30.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,837.64 |
| Trustee Fee: |  | 199.36 |
| Other Funds: |  | 0.00 |
| Totals: | 3,067.00 | 3,067.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,338.50 | 2,837.64 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 462.00 | 30.00 |
| 4. | EMC Mortgage Corporation | Secured | 25,000.00 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 459.58 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 1,573.35 | 0.00 |
| 7. | Illinois Dept of Revenue | Unsecured | 17.35 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 3,284.18 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 3,284.18 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 269.11 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 111.00 | 0.00 |
| 12. | US Fast Cash | Unsecured |  | No Claim Filed |
| 13. | Caine & Weiner | Unsecured |  | No Claim Filed |
| 14. | Innovative Bank | Unsecured |  | No Claim Filed |
| 15. | Innovative Bank | Unsecured |  | No Claim Filed |
| 16. | Landmark Cash Express | Unsecured |  | No Claim Filed |
| 17. | Loan Shop | Unsecured |  | No Claim Filed |
| 18. | MTE Financial | Unsecured |  | No Claim Filed |
| 19. | Northway Financial Corporation | Unsecured |  | No Claim Filed |
| 20. | Loan Point USA | Unsecured |  | No Claim Filed |
| 21. | 500 Fast Cash | Unsecured |  | No Claim Filed |
|  |  |  | $ 37,799.25 | $ 2,867.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Phillips, Ondria D

Printed:  8/19/08

Case Number:  08 B 00010
Judge:  Wedoff, Eugene R
Filed:  1/2/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 199.36 |
|  | _____ |
|  | $ 199.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

